IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUBY D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3281 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED:

The Rule 16 telephone planning conference is continued from April 1 to April 22, 2008 at 10:00 a.m.

Plaintiff's counsel shall initiate the call.

DATED this 27th day of March, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge