```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RUBY D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3281 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion for extension of deadlines, filing 37, is granted, and

1. The deadline for filing motions for summary judgment is extended to September 19, 2008.

2. The pretrial conference is continued to October 29, 2008 at 9:00 a.m. before the undersigned magistrate judge.

3. Jury trial is continued to November 17, 2008 at 9:00 a.m. for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Armagost v. United States, 4:07cv3240. Jury selection will be held at commencement of trial.

DATED this 15th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge