```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| RUBY D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3281 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD | ) | ORDER |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion for extension of deadlines, filing 48, is granted, and

1.  The deadline for filing motions for summary judgment is extended to November 4, 2008.

2.  The pretrial conference is continued to December 16, 2008 at 10:00 a.m. before the undersigned magistrate judge.

3.  Jury trial is continued to January 12, 2009 at 9:00 a.m. for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.  Jury selection will be held at commencement of trial.

DATED September 12, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge