THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUBY D. JONES, f/k/a<br>RUBY D. WHITE, | ) ) ) | 4:07CV3281 |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **MEMORANDUM**<br>**AND ORDER** |
| UNION PACIFIC RAILROAD<br>COMPANY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's motion (filing 56) to dismiss Count I of Plaintiff's complaint, and the representation of Plaintiff's counsel that Defendant's counsel consents to the dismissal of such claim, I shall grant Plaintiff's motion. Accordingly, Count I of Plaintiff's complaint (sexually hostile work environment claim arising under Title VII) shall be dismissed from this case.

IT IS ORDERED:

1. Plaintiff's motion (filing 56) to dismiss Count I of Plaintiff's complaint is granted;

2. Count I of Plaintiff's complaint (sexually hostile work environment claim arising under Title VII) is dismissed from this case;

3. Final judgment will be withheld until all claims in this matter are resolved.

October 30, 2008.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge