IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUBY D. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3281 |
| | ) | |
| V. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The undersigned will commence another jury trial on January 12, 2009. Accordingly,

IT IS ORDERED that this matter is removed from the undersigned's trial docket and is continued until further order of this court. Magistrate Judge Piester is requested to reschedule this matter for trial.

January 8, 2009.            BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge