THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUBY D. JONES, f/k/a | ) | 4:07CV3281 |
| RUBY D. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

An additional motion in limine (filing 101) has been filed. As with the prior motions in limine in this case, the court shall defer consideration and disposition of the motion until the pretrial conference which will be held in chambers immediately prior to trial.

IT IS ORDERED:

1.     The motion in limine (filing 101) shall be held in abeyance and not considered until the first day of trial during the pretrial conference which will be held in chambers immediately prior to trial;

2.     The Clerk of Court shall correct the "response due" date on the court's internal computerized record-keeping system to indicate that all motions in limine (filings 76, 80, 101) are ripe for disposition on the first day of trial, March 16, 2009.

January 21, 2009.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge