IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUBY D. JONES, f/k/a | ) | 4:07CV3281 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (filing 120) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

March 5, 2009.

                                              BY THE COURT:
                                              s/ *Richard G. Kopf*
                                              United States District Judge